IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| APPLIED ENERGETICS, INC., | § | |
| | § | No. 178, 2024 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C. A. No. N23C-07-200 |
| GUSRAE KAPLAN NUSBAUM | § | |
| PLLC, and RYAN WHALEN, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: December 4, 2024
Decided:    December 18, 2024

Before **SEITZ**, Chief Justice; **TRAYNOR,** and **LEGROW**, Justices.

## ORDER

This 18th day of December 2024, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in the Superior Court's Opinion dated April 16, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice